## MARY A. McGINNIS ET AL., EXECUTORS OF A. McGINNIS, vs. MARTIN O'CONNOR ET AL.

Appeal from the Circuit Court of Baltimore City.

*Decided January 13th, 1909.*

The decree of the trial Court in this case determining upon the facts the exact amount of the shares of stock and profits to which the parties were respectively entitled, who carried on business as the "A. McGinnis Co. of Carroll County," is held to be substantially correct and is affirmed.

---

## ELMIRA SHEARMAN ET AL. vs. WM. W. SHEARMAN ET AL.

Appeal from the Circuit Court for Baltimore County sitting in Equity.

*Decided June 28th, 1909.*

The bill in this case alleged that the plaintiff had been induced to execute a certain deed of conveyance in consequence of the fraud and undue influence practiced upon her and prayed that the same be annulled. The trial Court sustained a demurrer on the ground that the allegations of fraud, etc., in the bill were insufficient. This Court holds the allegations of the bill in this respect to be sufficient and remands the cause for further proceedings.